FILED
CLERK, U.S. DISTRICT COURT
JUN 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PAUL BRADFORD, | NO. CV 07-1364 DOC (SS) |
| Petitioner, | |
| v. | **ORDER ADOPTING FINDINGS,** |
| R.J. SUBIA, Warden, | **CONCLUSIONS AND RECOMMENDATIONS** |
| Respondent. | **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\\
\\\
\\\
\\\
\\\

Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

DATED: June 11, 2008

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2